# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SANTI ALI JOHNSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:17cv01953 PLC |
| JASON LEWIS, | ) ) ) |
| Respondent. | ) ) |

## MEMORANDUM AND ORDER

Petitioner moves for leave to proceed in forma pauperis. Upon review of the motion to proceed in forma pauperis and accompanying financial information, the Court determines that Petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. Accordingly,

**IT IS HEREBY ORDERED** Petitioner's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED**.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of July, 2017.